IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LON T. RHOADS,                                          CV. 05-1417-KI

        Petitioner,                                   ORDER

   v.

GUY HALL,

        Respondent.

KING, Judge

    Petitioner's motion for voluntary dismissal (#5) is GRANTED. This proceeding is DISMISSED, without prejudice.

    IT IS SO ORDERED.

    DATED this __4th__ day of January, 2006.

                                     /s/ Garr M. King
                                     Garr M. King
                                     United States District Judge